USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 24 201

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERLAND & FARRINGTON INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARLEYSVILLE INSURANCE COMPANY OF NEW YORK, <br><br> Defendant. | CIVIL ACTION NO. 1:15-cv-05600-KBF <br><br><br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that, pursuant to Fed. R. Civ. P. 41, all claims filed by plaintiff Sherland & Farrington Inc. ("Sherland & Farrington") against defendant Harleysville Insurance Company of New York ("Harleysville") in the above-entitled action be and hereby are dismissed with prejudice and without costs to any party.

IT IS HEREBY STIPULATED AND AGREED that this Stipulation may be executed in counterparts and that an electronic or facsimile signature on this Stipulation shall be deemed an original.

IT IS HEREBY STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of Court.

| | |
|---|---|
| MARTIN SILVER, P.C. <br> Attorneys for Plaintiff Sherland & Farrington Inc. <br><br> By: _____ <br> Martin Silver <br><br> Dated: March 10, 2016 | RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP <br> Attorneys for Defendant Harleysville Insurance Company of New York <br><br> By: _____ <br> Lance J. Kalik <br><br> Dated: March 22, 2016 |

MAR 2 4 2016

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE